IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re the matter of | |
| | NO. 18-30134-hcd |
| JAMES LEROY WIRSING, JR., | CHAPTER 7 |
| Debtor. | JUDGE HARRY C. DEES, JR. |

## MOTION TO MODIFY AUTOMATIC STAY

Now comes SPECIALIZED LOAN SERVICING LLC, SERVICER FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, its successors and/or assigns (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On February 5, 2018, the Debtor herein filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. Movant is a creditor of the Debtor with respect to a certain mortgage upon the following described real property: LOT 6 IN BLOCK 6 IN VILLAGE GREEN SUBDIVISION FIRST ADDITION IN THE CITY OF MICHIGAN CITY, INDIANA AS RECORDED IN PLATE BOOK 11 PAGE 152 IN THE OFFICE OF THE RECORDER OF LAPORTE COUNTY, INDIANA, with a common address of 3517 Lexington Road, Michigan City, Indiana 46360, with an outstanding balance of $158,647.02.

3. The Debtor has not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

4. The Debtor has no equity in the aforesaid real estate, and the said collateral is not necessary to an effective reorganization by the Debtor. The approximate value of this property is $84,000.00 according to the Debtor's Schedules.

5. Movant will suffer irreparable injury, harm and damage should it be delayed in foreclosing its security interest therein.

6. According to the Debtor's Statement of Intention, the Debtor intends to surrender this property to creditor.

7. SPECIALIZED LOAN SERVICING LLC services the loan on the Property referenced in this motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

WHEREFORE, SPECIALIZED LOAN SERVICING LLC, SERVICER FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit Movant to foreclose its security interest upon the following described real property: LOT 6 IN BLOCK 6 IN VILLAGE GREEN SUBDIVISION FIRST ADDITION IN THE CITY OF MICHIGAN CITY, INDIANA AS RECORDED IN PLATE BOOK 11 PAGE 152 IN THE OFFICE OF THE RECORDER OF LAPORTE COUNTY, INDIANA, with a common address of 3517 Lexington Road, Michigan City, Indiana 46360, with an outstanding balance of $158,647.02, and for such other and further relief as this Court may deem just.

                                        SPECIALIZED LOAN SERVICING LLC,
                                        SERVICER FOR CITIGROUP MORTGAGE
                                        LOAN TRUST INC., ASSET-BACKED
                                        PASS-THROUGH CERTIFICATES,
                                        SERIES 2007-AMC1, U.S. BANK
                                        NATIONAL ASSOCIATION, AS
                                        TRUSTEE, its Successors and/or Assigns

DATED: February 12, 2018              BY:        /s/ Terri M. Long
                                                                   TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, SERVICER FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, its Successors and/or Assigns


## VERIFICATION

Under penalties as provided by law pursuant to Bankruptcy Rule 9011 and 28 U.S.C. §1746, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to the matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

/s/ Terri M. Long
TERRI M. LONG

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re the matter of<br><br>JAMES LEROY WIRSING, JR.,<br><br>Debtor. | NO. 18-30134-hcd<br>CHAPTER 7<br><br>JUDGE HARRY C. DEES, JR. |

## CERTIFICATE OF SERVICE

James Leroy Wirsing, Jr.
3517 Lexington Road
Michigan City, IN 46360
**BY U.S. MAIL**

Gary J. Schoof, Attorney for Debtor            **BY ELECTRONIC TRANSMISSION**
Jacqueline S. Homann, Chapter 7 Trustee   **BY ELECTRONIC TRANSMISSION**
Nancy J. Gargula, U.S. Trustee                    **BY ELECTRONIC TRANSMISSION**

I, the undersigned attorney, certify that I served a copy of a **Motion to Modify the Automatic Stay attached,** *upon the parties listed above* by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 12th day of February, 2018.

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

TERRI M. LONG
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax    : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, SERVICER FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE its Successors and/or Assigns