UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JAMES LEROY WIRSING, JR. | ) | Case No. 18-30134 |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On February 28, 2018, James Leroy Wirsing, Jr. filed a Motion for Continuation of Stay. A copy of the motion is attached to this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then **on or before March 15, 2018**, you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

Robert K. Rodibaugh United States Bankruptcy Courthouse
401 South Michigan Street
South Bend, Indiana 46601

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

2. You must also serve a copy of your objection upon:

James Leroy Wirsing, Jr., 3517 Lexington Road, Michigan City, IN 46360

Jacqueline S. Homann, 202 S. Michigan St., 600 Key Bank Building, PO Box 4577, South Bend, IN 46634-4577

Gary J. Schoof, 708 Jefferson Avenue, LaPorte, IN 46350

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: March 1, 2018

<u>Christopher M. DeToro</u>
Clerk, United States Bankruptcy Court
Robert K. Rodibaugh United States Bankruptcy Courthouse
401 South Michigan Street
South Bend, Indiana 46601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:         )     CASE NO. 18-30134
JAMES LEROY WIRSING, JR.  )     CHAPTER 7
    Debtor                )

## MOTION FOR CONTINUATION OF STAY

Comes now the Debtor, James Leroy Wirsing, Jr., in person and by counsel, Gary J. Schoof and moves the court to continue the stay of proceedings against the Debtors pursuant to section 362 (a) et al and states as follows:

1. That the present case was filed by the Debtor on February 5, 2018.

2. That the Debtor was in a previous case, to-wit case number 17-31632, which was filed on August 15, 2017, and dismissed on November 13, 2017.

3. That the Debtor's previous case was dismissed for default in plan payments.

4. That as a result of the Debtor's previous bankruptcy case having been dismissed within one (1) year of this case, the automatic stay went into effect pursuant to 11 U.S.C. section 362 (c) (3) for only thirty (30) days, which time has not yet expired.

5. That Debtor has employment and filing a Chapter 7.

6. That Debtor's bankruptcy has been filed in good faith.

7. That the Debtor is asking this Court for an order continuing the stay to protect their property from sale and foreclosure.

WHEREFORE, Debtor, by counsel, prays for an Order extending the automatic stay beyond the initial thirty (30) day period as to all creditors, and for all other appropriate relief in the premises.

DATED:   2-28-18

_____
Gary J. Schoof
Attorneys for Debtor
708 Jefferson Avenue
LaPorte, IN 46350
(219) 326-7774

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the above and foregoing instrument was on the 28th day of February, 2018, placed in the United States Mail, postage prepaid and addressed to the following:

U.S. Trustee
555 One Michiana Square
100 E. Wayne Street
South Bend, IN  46601

Jacqueline S. Homann
Chapter 7 Trustee
P.O. Box 4577
South Bend, IN  46634-4577

See Attached Exhibit "A" for creditor list.

DATED: 2-28-18

_____
Gary J. Schoof