IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re the matter of | NO. 18-30134-hcd |
| JAMES LEROY WIRSING, JR., | CHAPTER 7 |
| Debtor. | JUDGE HARRY C. DEES, JR. |

## ORDER MODIFYING AUTOMATIC STAY

At South Bend, Indiana on March 29, 2018

SPECIALIZED LOAN SERVICING LLC, SERVICER FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, its successors and/or assigns, by counsel, having filed a Motion to Modify Automatic Stay on the following described real property:

LOT 6 IN BLOCK 6 IN VILLAGE GREEN SUBDIVISION FIRST ADDITION IN THE CITY OF MICHIGAN CITY, INDIANA AS RECORDED IN PLATE BOOK 11 PAGE 152 IN THE OFFICE OF THE RECORDER OF LAPORTE COUNTY, INDIANA, with a common address of 3517 Lexington Road, Michigan City, Indiana 46360

and notice of said motion having been provided to parties in interest, and no objections having been filed with this Court, it is

ORDERED that SPECIALIZED LOAN SERVICING LLC, SERVICER FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, its successors and/or assigns, is granted relief from the automatic stay.

_____
Harry C. Dees, Jr., Judge
United States Bankruptcy Court

DM01